UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

JOHN F. LARGENT,

        Petitioner,                              Case No. 25-cv-10351

v.                                                      HON. MARK A. GOLDSMITH

ERIC RARDIN,

        Respondent.
_____/

## OPINION AND ORDER DISMISSING THE HABEAS PETITION AND DENYING A CERTIFICATE OF APPEALABILITY

Federal prisoner John F. Largent (Petitioner) filed a pro se petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2241 (Dkt. 1). He did not pay the $5.00 filing fee nor submit an application to proceed in forma pauperis when he filed his petition. See 28 U.S.C. § 1914(a); 28 U.S.C. § 1915; Rule 3 of the Rules Governing § 2254 Cases. The Court issued a deficiency order on February 7, 2025 requiring Petitioner to either pay the filing fee or submit an in forma pauperis application. The order provided that if he did not do so by February 28, 2025, the case would be dismissed (Dkt. 3). The time for submitting the filing fee or required information has elapsed and Petitioner has not corrected the deficiency.

Accordingly, the Court dismisses without prejudice the habeas petition. The Court makes no determination as to its merits. This case is closed. Should Petitioner wish to seek federal habeas relief, he must file a new habeas case with payment of the filing fee or an in forma pauperis application. This case will not be reopened.

Before Petitioner may appeal, a certificate of appealability (COA) must issue. See 28 U.S.C. § 2253(c)(1)(a); Fed. R. App. P. 22(b). A COA may issue only if the petitioner makes "a

substantial showing of the denial of a constitutional right." 28 U.S.C. § 2253(c)(2). When a court denies relief on procedural grounds, a COA should issue if it is shown that jurists of reason would find it debatable whether the petitioner states a valid claim of the denial of a constitutional right and that jurists of reason would find it debatable whether the court's procedural ruling is correct. Slack v. McDaniel, 529 U.S. 473, 484-485 (2000). Reasonable jurists would not debate the correctness of the Court's procedural ruling. Accordingly, the Court denies a COA.

**SO ORDERED.**

Dated: November 13, 2025             s/Mark A. Goldsmith  
Detroit, Michigan                        MARK A. GOLDSMITH  
                                        United States District Judge

**CERTIFICATE OF SERVICE**

The undersigned certifies that the foregoing document was served upon counsel of record and any unrepresented parties via the Court's ECF System to their respective email or First-Class U.S. mail addresses disclosed on the Notice of Electronic Filing on November 13, 2025.

                                         s/Joseph Heacox  
                                         JOSEPH HEACOX  
                                         Case Manager